UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARELL WASHINGTON,<br><br>                    Petitioner,<br>    v.<br>JEREMY BEAN, *et al.*,<br><br>                    Respondents. | Case No. 2:23-cv-01822-RFB-NJK<br><br>**ORDER** |

Petitioner Jarell Washington, a *pro se* Nevada prisoner, has submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 as well as an Application to Proceed In Forma Pauperis. ECF Nos. 1-1, 3.

A $5.00 filing fee is required to initiate a habeas action in a federal district court. 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. Id.

The financial certificate shows Petitioner is able to pay the $5 filing fee. ECF No. 3 at 5. Thus, he does not qualify for a fee waiver. The Court therefore denies the IFP application and gives Petitioner 60 days to pay the $5 filing fee.

**IT IS THEREFORE ORDERED:**

1. The initial screening of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is **DEFERRED** until such time as he has fully complied with this order.

2. Petitioner's Application to Proceed In Forma Pauperis (ECF Nos. 1, 3) is **DENIED**.

3. **Within 60 days of the date of this order,** Petitioner must pay the $5 filing fee.

4. The Clerk of the Court is instructed to send Petitioner two copies of this order. If Petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

5. Petitioner's failure to comply with this order within 60 days by paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

**DATED:** April 16, 2024



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE